IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.  07 C 6154 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Filip |
| Legal Advantage, LLC | ) | |
| | ) | Magistrate Judge Denlow |
| and | ) | |
| | ) | |
| Legal Advantage Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |

**EXHIBITS TO AMENDED COMPLAINT**

Attached are Exhibits A-E to the Amended Complaint that was filed as E-Filing Document 7 on November 19, 2007.


Dated: November 20, 2007        Respectfully Submitted, on behalf of
                                Plaintiff Nicholas J. Lenzen


                                By:   /s/ Vladimir I. Arezina
                                Vladimir I. Arezina,
                                One of Its Attorneys

<u>Plaintiff's Attorneys:</u>
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810

## CERTIFICATE OF SERVICE

     Vladimir I. Arezina, an attorney, certifies that on Tuesday, November 20, 2007, he caused the foregoing Exhibits A-E to be filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

     /s/ Vladimir I. Arezina
Vladimir I. Arezina (6276348)
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810