<u>Letter of Intent</u>

1. This is a 30 month LOI between Legal Advantage Services, Inc. and Nick Lenzen. The start date is May 20, 2003.

2. Nick Lenzen agrees to assume the position of Director of Sales, Midwestern Division for Legal Advantage Services, Inc. This title shall be upgraded to Vice President after 6 months if Lenzen maintains a minimum of 250 pages a month.

3. Legal Advantage shall immediately provide the following:
   A. $2000 signing bonus.
   B. 800 number that will be 24x7, answering with Mr. Lenzen's office.
   C. Local fax number.

4. Compensation:

   A. Base of $50,000 a year, payable in 12 increments, on the 15th of each month. This base is guaranteed for the 30 month term of this agreement, and shall be paid even if Legal Advantage decides to terminate Mr. Lenzen prematurely.
   B. Commissions of 20% on the total revenue in Lenzen's territory for a volume of 0 to 250 pages per 30 day period. Commissions shall be increased to 25%, if Lenzen's sales are between 251 and 350 pages per 30 day period. Commission shall be increased to 30% if Lenzen's sales are over 351 pages in any 30 day period. Commissions shall only be paid to the extent they exceed the $50,000 a year base.
   C. Expense reimbursement (cell phone and any other direct expenses will be reimbursed 100%).

5. Benefits:

   A. A $200 medical/dental stipend shall be paid per month on the 15th of each month.
   B. 401K plan participation.
   C. ESOP plan participation at the same level as other managers.
   D. 3 weeks paid vacation.
   E. Car lease payments up to $400 a month if Lenzen's numbers exceed 450 pages for 2 months in one quarter.

6. Territories:

   Lenzen shall have as exclusive territories Wisconsin, Illinois, Missouri and Indiana.


EXHIBIT A

7. Lenzen represents that he has no current restrictive covenants or any restrictions that would prevent him from entering into this agreement or providing any services for the company, or otherwise impair or interfere with the company's rights under the agreement or the performance of his duties

8. Lenzen shall use best efforts to deliver a minimum of 200 pages per month. Lenzen guarantees a minimum of 115 pages per month.

9. Lenzen shall devote his entire business time to the performance of his duties hereunder, meaning a full work week.

10. Lenzen shall use best efforts to enhance the business and increase sales.

11. Lenzen shall use best efforts to represent the company's interest and shall conduct himself in a highly professional manner at all times.

12. So long as Lenzen is compensated pursuant to this agreement, he shall remain fully committed to the objectives of the company and pursue no other competing commercial interests, including but not limited to rendering consulting or sales services or soliciting business in connection patent graphics or litigation support. Lenzen shall comply with the policies of the company that are communicated to him. Lenzen shall notify the company of any offer received for Lenzen's services from a third party.

13. Lenzen shall not compete with the company in the patent design, trademark design or trial exhibits business during the term of the agreement and for a period of six months after the term of the agreement. If this agreement ends or is terminated for any reason, Lenzen shall not solicit or work for any clients of the company with which Lenzen had contact during the course of this agreement provided that payments hereunder are made to Lenzen.

14. Lenzen shall use best efforts to learn the trial exhibit business and develop a customer base for Trial Exhibits.

15. The work will flow in the following manner:

   A. Lenzen solicits clients.
   B. Clients send in work.
   C. Lenzen is notified and also supplies instructions and clarifications to designers.
   D. First draft must be completed 24 hours prior to client's due date (best efforts). Any revisions must be completed in 48 hours (best efforts). This does not apply to rush jobs.

16. Lenzen may, at his option, terminate this LOI by 12:00 Noon EST on Thursday, May 22, by written notice and by forfeiting the $1750 by wire transfer, if the following are not met:
    A. He is able to contact 2 clients to verify quality workmanship. He shall do so in a manner that will not jeopardize the client relationship.
    B. The company must demonstrate that the company does in fact produce high quality work that is USPTO compliant. This will be done by completing a sample job for Lenzen.
    C. The company provides proof from Bank of America that its accounts are in good standing, or something to that effect.

16. Legal Advantage, at is sole option, may terminate this LOI by 12:00 Noon EST on Thursday, May 22, by written notice, by forfeiting the $2000 signing payment.

ACCEPTED AND AGREED:                    Legal Advantage Services, Inc.

_____                _____
Nick Lenzen