**Addendum To Agreement Reached On May 26, 2003 Between Nick Lenzen And Legal Advantage Services, Inc.**

The following are clarifications and additions to the attached agreement.

1. **Compensation:** Lenzen is to receive the $50,000 base only if he delivers a minimum of 115 pages a month. The parties agree that Lenzen is not to receive the $50,000 plus commissions. To the extent the commissions outlined in the annexed Agreement exceed $50,000, commissions shall be paid each month in an amount equal to the excess promptly upon collection of the revenues. The $50,000 base compensation terminates after 30 months and no additional compensation is required to continue the non-competition (or other continuing) provisions of the attached agreement for the additional 6-month non-compete term that immediately follows termination of the attached Agreement, as outlined therein.

2. **Independent Contractor Status:** The parties agree that Lenzen will be an Independent Contractor until he is converted to an employee in writing and with his consent upon the occurrence of events outlined in the attached Agreement.

3. **Confidentiality and Non-Disclosure.** During this Agreement, Lenzen may be dealing with information of a confidential nature that is the property of and is used in the course of the business of the Company and its affiliates such as strategies, processes and plans. Lenzen will not disclose to anyone, directly or indirectly, either during the term of this Agreement or at any time thereafter, any such information or use it either than in the course of performing his duties for the Company hereunder.

4. **Additional territory compensation.** The patent and trademark drawing commission rate will be 15% for clients outside of Wisconsin, Illinois, Missouri and Indiana that Mr. Lenzen is permitted to solicit on behalf of the Company. These territories shall be non-exclusive in which Lenzen must procure pre-approval to contact clients to ensure that there are no conflicts with the Company's existing clients or salespeople. The non-competition provisions of the Agreement apply equally and are extended to any territory in which Lenzen solicits clients.

5. Trial Exhibit and Courtroom Graphics' commissions shall be at the rate of 15% on gross sales up to and including $30,000 on gross sales for clients in Wisconsin, Illinois, Missouri and Indiana, and 20% on the portion of any sale that exceeds $30,000. The commission rate will be a flat 12% for trial exhibit and courtroom graphics' clients outside of Wisconsin, Illinois, Missouri and Indiana that Mr. Lenzen is permitted to solicit on behalf of the Company.

ACCEPTED AND AGREED:

LENZEN:

_/s/ Nick Lenzen_  6/9/03
Nick Lenzen    Date

LEGAL ADVANTAGE SERVICES,

By: _/s/_
Name: _____  June 9, 03
Title: MD, pres    Date

EXHIBIT C