

**2nd Addendum To Agreement Reached On May 26, 2003
Between Nick Lenzen And Legal Advantage Services, Inc.**

The following are clarifications and additions to the agreement (dated may 26, 2003) and addendum (dated June 9, 2003) between the parties hereto

1. Immediately upon receipt of this signed addendum, Legal Advantage Services, Inc. (the "Company") shall pay Nick Lenzen ("Lenzen") the sum of $500.00 as May compensation and an additional $500 to be used as an advance on his expenses incurred on behalf of the Company.

2. On July 1, 2003, the Company shall pay Lenzen the July 1 fee payment ($4167.00) contemplated by the May 26th Agreement even if the minimum 115 page count is not achieved by Lenzen, so long as all of the other terms and condition of the May 26 Agreement and June 9 addendum are adhered to by Lenzen.

3. Lenzen represents that he is in full compliance with the May 26 agreement and addendum thereto, and that he continues to use best efforts to generate business for the Company and its subsidiary Patent Intelligence Associates. Lenzen represents that he has no ongoing commercial dealings with former RDK owners or personnel, United Patent, Richard Kirkpatrick, or any other person or entity whose business directly or indirectly competes with the business of the Company. Lenzen represents that all client development activities have been, and shall be, exclusively in the name of and for the benefit of the Company. Lenzen owns the name Chicago Patent Graphics and a corresponding URL, and is no longer actively using either of these but will monitor them in case any work is sent thereto for forwarding to the Company.

4. Lenzen represents that the Company has met all of its contractual obligations to him up to and including the date of this addendum.

5. Lenzen represents that the annexed spreadsheet which he has initialed is an accurate representation of the pages to date that the Company may bill clients for.

6. The parties agree that Melissa Heath is being retained by the Company as an Independent Contractor to assist Lenzen and the Company in sales outside the Territories, as defined in the Agreement. Lenzen shall use best efforts to ensure that the Agreement provided to Melissa is executed and returned to the Company on June 17, 2003, and that if it is not returned by close of business on June 17, 2003, she will be suspended from representing the Company until her agreement is duly consummated.

**EXHIBIT D**

7. By way of clarification to the addendum dated June 9, 2003, the parties agree that Lenzen's patent drawing sales outside of Illinois, Missouri, Wisconsin and Indiana shall not be counted towards his minimum 115 page count requirement in the May 26 Agreement. Nor shall such sales be counted towards the Commissions escalation in Paragraph 4C of that Agreement, and will be a fixed 15%.

ACCEPTED AND AGREED:

| LENZEN: | LEGAL ADVANTAGE SERVICES, INC: |
|---|---|
| *[signature]* 6/16/03 | By: _____ |
| Nick Lenzen     Date | Name:            Date |
| | Title: |