# LEGAL ADVANTAGE

February 15, 2005

Nick Lenzen
324 Oak Meadow Court
Schaumburg, IL 60193

Dear Nick:

Legal Advantage Services, Inc., and its subsidiary Patent Intelligence Associates (collectively, the "Company") is pleased to provide you (the "Contractor") with this AMENDMENT regarding modifying certain terms and conditions of the agreement between you and the Company and any addendums thereto. Unless specifically modified herein, all prior agreements between the Contractor and the Company shall remain intact.

1. <u>Term of Engagement</u>. The "Term" shall be extended to November 20, 2007.

2. <u>Non-competition, Non-solicitation</u>. The length of the non-competition and non-solicitation period shall be extended from 6 months to 9 months.

3. <u>Company Stock</u>. Contractor shall be given grants of the Company's total common stock, in 1% increments, distributed as follows:
    a. 1% Effective Immediately.
    b. 1% on April 15, 2006.
    c. 1% on November 20, 2007.

    Contractor shall be permitted to cash out (sell) his accumulated stock at the same time that the existing shareholders of the Company sell their shares in a sale of the company. The selling price for Contractor's shares will be based on the <u>same valuation</u> that is given to the existing shareholders of the Company. In case the Company is sold prior to November 20, 2007, Contractor shall be entitled to sell 100% of the shares that he has been granted as of the date of the sale, and only those shares. No other future interest, rights or options shall vest or may be exercised. Contractor agrees that he will support the management of the Company in any effort to sell the Company to private parties or on the public markets (IPO), and, if required or requested to do so, Contractor will vote is shares with the majority shareholders on all issues, or Contractor shall automatically forfeit his shares. In case the Company is not sold as of November 20, 2007, Contractor shall retain all of the granted stock.

4. <u>Management of Jose Magsino</u>. Contractor shall be given a 5% override for managing Jose Magsino on all billable and collected matters Jose generates in 2005, beginning on March 15, 2005. Contractor shall be given a 3% override for 2006 on all billable and collected matters Jose generates in 2006.

IN WITNESS WHEREOF, the parties have executed this Amendment as of the date and year first written above.

CONTRACTOR:

*/s/ Nick Lenzen*
Nick Lenzen

Dated: 3-15-05

COMPANY:
LEGAL ADVANTAGE SERVICES, INC./PATENT INTELLIGENCE ASSOCIATES

By: _____
Name: Naseer Hashim
Title: Managing Director

Dated: _____

EXHIBIT E