## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                          Case Number: 07 C 6154

Nicholas J. Lenzen v. Legal Advantage, LLC and
Legal Advantage Services, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Nicholas J. Lenzen

| |
|---|
| NAME (Type or print) <br> Carmen B. Patti |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carmen B. Patti |
| FIRM <br> Patti, Hewitt & Arezina LLC |
| STREET ADDRESS <br> One N. LaSalle Street, 44th Floor |
| CITY/STATE/ZIP <br> Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC# 2154471 | TELEPHONE NUMBER <br> (312) 346-2800 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

      Carmen B. Patti, an attorney, certifies that on Friday, December 7, 2007, he caused the foregoing Appearance to be filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Carmen B. Patti
Carmen B. Patti (2154471)
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810