AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Nicholas J. Lenzen

V.

Legal Advantage, LLC
and
Legal Advantage Services, Inc.

CASE NUMBER: **07C 6154**

ASSIGNED JUDGE: **JUDGE FILIP**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)
Legal Advantage Services, Inc.
John W. Weldon, Registered Agent
~~Legal Advantage Services, Inc.~~
11600 Washington Place, Suite 105
Los Angeles, CA 90066

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle Street, 44th Floor
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

**JANNETTE NUÑEZ**
(By) DEPUTY CLERK

OCT 31 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/27/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kellie R. Anguiano | Operations Manager, Tristar Invest. |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): Service was completed on Legal Advantage Services Inc. by serving the registered agent John Weldon by leaving a copy of the documents with his assistant Jenni at 11600 Washington Pl., #105, Los Angeles, CA 90066 on 11/27/07 at 12:54 PM.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $21.25 | $76.18 | $118.68 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/27/07
         Date

Signature of Server

Tristar Investigation
12030 W. Washington Blvd., #200, Los Angeles, CA 90066
(310) 390-0947  CA PI 10472
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.