IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NICHOLAS J. LENZEN,<br>    Plaintiff. | )<br>)<br>) |
| v. | )<br>) |
| LEGAL ADVANTAGE, LLC,<br>    Defendant, | )<br>)<br>) |
| and | ) |
| LEGAL ADVANTAGE, SERVICES, INC.,<br>    Defendant. | )<br>) |
| LEGAL ADVANTAGE, LLC,<br>    Counterclaim plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| NICHOLAS J. LENZEN,<br>    Counterclaim defendant. | )<br>)<br>) |

No. 07 C 6154

Judge Mark R. Filip

Magistrate Judge Morton Denlow

Jury Trial Demanded

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule L3.2 B, Defendant and Counterclaim Plaintiff Legal Advantage, LLC ("Legal Advantage") makes the following disclosure identifying its parent corporation. Legal Advantage has no publicly held affiliates.

1. Parent Corporation of Legal Advantage:

    Tipton IP Operations.

Dated: December 10, 2007

Respectfully Submitted,

LEGAL ADVANTAGE, LLC

By:__/s/ *Darren M. Mungerson*_____
    Darren M. Mungerson
    One of Its Attorneys

Darren M. Mungerson (ARDC No. 6256434)
JENNER & BLOCK LLP
330 North Wabash
Chicago, Illinois 60611
Phone: 312-222-9350
Fax: 312-840-7288