**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS J. LENZEN,<br>    Plaintiff. | )<br>)<br>) |
| v. | )<br>) |
| LEGAL ADVANTAGE, LLC,<br>    Defendant, | )<br>)<br>) |
| and | ) |
| LEGAL ADVANTAGE, SERVICES, INC.,<br>    Defendant. | )<br>)<br>) |
| LEGAL ADVANTAGE, LLC,<br>    Counterclaim plaintiff, | )<br>)<br>) |
| v. | )<br>) |
| NICHOLAS J. LENZEN,<br>    Counterclaim defendant. | )<br>)<br>) |

No. 07 C 6154

Judge Mark R. Filip

Magistrate Judge Morton Denlow

Jury Trial Demanded

## NOTICE OF FILING

TO:   Vladimir I. Arezina
       Carmen B. Patti
       Scot R. Hewitt
       Patti, Hewitt & Arezina LLC
       One North LaSalle Street, Suite 4400
       Chicago, IL 60602
       Fax: 312-346-2810

       Legal Advantage Services, Inc.
       11600 Washington Place
       Suite 105
       Los Angeles, CA 90066

   PLEASE TAKE NOTICE that on Monday, December 10, 2007, we filed with the Clerk

of the United States District Court for the Northern District of Illinois, Eastern Division, **Legal**

**Advantage, LLC's Answer and Affirmative Defense to Plaintiff's Amended Complaint and Counterclaims of Legal Advantage, LLC**, a copy of which are hereby served upon you.

                                        Respectfully submitted,

                                        LEGAL ADVANTAGE, LLC

                                        By:   */s/ Darren M. Mungerson*
                                                  One of Its Attorneys

Darren M. Mungerson (ARDC No. 6256434)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
(312) 222-9350

## CERTIFICATE OF SERVICE

Darren M. Mungerson, an attorney, certifies that he caused a copy of the attached **Legal Advantage, LLC's Answer and Affirmative Defense to Plaintiff's Amended Complaint and Counterclaims of Legal Advantage, LLC**, to be served on the following persons by the Court's electronic filing system and U.S. Mail, postage prepaid, on December 10, 2007:

> Vladimir I. Arezina
> Carmen B. Patti
> Scot R. Hewitt
> Patti, Hewitt & Arezina LLC
> One North LaSalle Street, Suite 4400
> Chicago, IL  60602
> Fax:  312-346-2810

and on the following entity by U.S. Mail, postage prepaid, on December 10, 2007:

> Legal Advantage Services, Inc.
> 11600 Washington Place
> Suite 105
> Los Angeles, CA  90066

By:  ___/s/ Darren M. Mungerson___
      Darren M. Mungerson