IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.  07 C 6154 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Filip |
| Legal Advantage, LLC | ) | |
| | ) | Magistrate Judge Denlow |
| and | ) | |
| | ) | |
| Legal Advantage Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |
| _____ | ) | |
| | ) | |
| Legal Advantage, LLC, | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF MOTION

To:   Darren M. Mungerson, Esq.
      Jenner & Block, LLP
      One IBM Plaza
      330 N. Wabash Avenue
      Chicago, IL  60611-7603

      Legal Advantage Services, Inc.
      11600 Washington Place, Suite 105
      Los Angeles, CA  90066

1

PLEASE TAKE NOTICE that on Thursday, December 20, 2007, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Filip, or any Judge sitting in his stead, in Courtroom 1919, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIM, copies of which are attached hereto and served upon you herewith.

Dated: December 13, 2007                Respectfully Submitted, on behalf of
                                        Plaintiff Nicholas J. Lenzen


                                        By:  /s/ Vladimir I. Arezina
                                             Vladimir I. Arezina,
                                             One of Its Attorneys


Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

**CERTIFICATE OF SERVICE**

      Vladimir I. Arezina, an attorney, certifies that on Thursday, December 13, 2007, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

      Darren M. Mungerson, Esq.
      Jenner & Block, LLP
      One IBM Plaza
      330 N. Wabash Ave.
      Chicago, Illinois  60611-7603

and on the following entity by U.S. Mail, postage prepaid:

      Legal Advantage Services, Inc.
      11600 Washington Place
      Suite 105
      Los Angeles, California  90066

      /s/ Vladimir I. Arezina
      Vladimir I. Arezina (6276348)
      Patti, Hewitt & Arezina LLC
      One North LaSalle Street, Suite 4400
      Chicago, IL 60602
      Phone: 312-346-2800
      Fax: 312-346-2810
      Email:  varezina@phalegal.com