**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Nicholas J Lenzen
                        Plaintiff,

v.                                       Case No.: 1:07−cv−06154
                                             Honorable Mark Filip

Legal Advantage, LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 13, 2007:

      MINUTE entry before Judge Mark Filip : Counterclaim Plaintiff is given to and including 1/4/08 within which to file a response to Counterclaim Defendant's Motion to Dismiss Counterclaim [14]. Counterclaim Defendant given until 1/11/08 to file its reply. Ruling on Motion to Dismiss Counterclaim [14] will be by mail.Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.