**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NICHOLAS J. LENZEN,                ) <br>    Plaintiff.                            ) <br>                                    ) <br>    v.                                     ) <br>                                    ) <br>LEGAL ADVANTAGE, LLC,       ) <br>    Defendant,                  ) <br>                                    ) <br>   and                                ) <br>                                    ) <br>LEGAL ADVANTAGE, SERVICES, INC.,   ) <br>    Defendant.                  ) <br>_____) <br>                                    ) <br>LEGAL ADVANTAGE, LLC,       ) <br>    Counterclaim plaintiff,      ) <br>                                    ) <br>    v.                                     ) <br>                                    ) <br>NICHOLAS J. LENZEN,              ) <br>    Counterclaim defendant.    ) <br>                                    ) | No. 07 C 6154 <br><br> Judge Mark R. Filip <br><br> Magistrate Judge Morton Denlow <br><br><br> Jury Trial Demanded |

**NOTICE OF FILING**

TO:   Vladimir I. Arezina
        Carmen B. Patti
        Scot R. Hewitt
        Patti, Hewitt & Arezina LLC
        One North LaSalle Street, Suite 4400
        Chicago, IL 60602
        Fax: 312-346-2810

PLEASE TAKE NOTICE that on Friday, January 4, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant and Counterclaim Plaintiff's, Legal Advantage, LLC, **Response to Plaintiff's Motion to Dismiss Counterclaims**, a copy of which are hereby served upon you.

        Respectfully submitted,

        LEGAL ADVANTAGE, LLC


        By:   */s/ Darren M. Mungerson*   
               One of Its Attorneys

Darren M. Mungerson (ARDC No. 6256434)
JENNER & BLOCK LLP
One IBM Plaza
Chicago, IL  60611
(312) 222-9350

## CERTIFICATE OF SERVICE

Darren M. Mungerson, an attorney, certifies that he caused a copy of the attached **Notice of Filing**, to be served on the following persons by the Court's electronic filing system and U.S. Mail, postage prepaid, on January 4, 2008:

> Vladimir I. Arezina
> Carmen B. Patti
> Scot R. Hewitt
> Patti, Hewitt & Arezina LLC
> One North LaSalle Street, Suite 4400
> Chicago, IL  60602
> Fax:  312-346-2810

By:___*/s/ Darren M. Mungerson*_____

Darren M. Mungerson