IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nicholas J. Lenzen, ) | |
| ) | |
| Plaintiff ) | Civil Action No.  07 C 6154 |
| ) | |
| v. ) | |
| ) | U.S. District Judge Filip |
| Legal Advantage, LLC ) | |
| ) | Magistrate Judge Denlow |
| and ) | |
| ) | |
| Legal Advantage Services, Inc. ) | |
| ) | |
| Defendants. ) | Jury Trial Demanded |
| _____ ) | |
| ) | |
| Legal Advantage, LLC, ) | |
| ) | |
| Counterclaim Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Nicholas J. Lenzen, ) | |
| ) | |
| Counterclaim Defendant. ) | |

**MOTION FOR DEFAULT JUDGMENT AS TO**

**DEFENDANT LEGAL ADVANTAGE SERVICES, INC.**

Plaintiff Nicholas J. Lenzen, by and through its attorneys, pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for entry of default judgment against Defendant Legal Advantage Services, Inc., and in support thereof alleges as follows:

1. The Amended Complaint in this matter was filed on November 19, 2007.

2. On November 27, 2007, Summons and a true and accurate copy of the Amended Complaint were served on Defendant Legal Advantage Services, Inc., by

personal service on its registered agent. A true and accurate copy of the return of service is attached hereto as Exhibit A.

3. In December 2007, the undersigned counsel for Plaintiff was contacted by Naseer Hashim, the president of Defendant Legal Advantage Services, Inc, who indicated that he had received the Summons and Amended Complaint served upon the registered agent. Mr. Hashim came to Plaintiff's counsel's offices on December 5, 2007 in an effort to discuss possible settlement. When settlement discussions broke down, Mr. Hashim requested, on behalf of LAS, Inc., an extension in which to file its appearance and Answer. Plaintiff's counsel granted Defendant LAS, Inc. a twenty-one (21) day extension, or until January 7, 2008, to file its appearance and Answer in this matter. A copy of the confirmatory email granting such extension is attached as Exhibit B.

4. Defendant LAS, Inc. failed to file its appearance and Answer by January 7, 2008, the date of the first extension.

5. On January 8, 2008, the undersigned counsel for Plaintiff contacted Mr. Hashim to inquire as to why the appearance and Answer was not filed. Mr. Hashim requested another extension. Plaintiff's counsel granted Defendant LAS, Inc. a second extension until January 11, 2008, in which to file its appearance and Answer in this matter. Copies of the emails granting the second extension and confirming the same are attached as Exhibit C.

6. Defendant LAS, Inc. again failed to file its appearance and Answer by January 11, 2008, the date of the second extension.

7. Plaintiff's counsel attempted to contact Mr. Hashim again on January 16 and 17, 2008, but no response has been received.

WHEREFORE, Plaintiff Nicholas J. Lenzen respectfully requests that this Court find Defendant Legal Advantage Services, Inc. in default, and to continue this matter for proof of damages once discovery has been conducted, and for such other, further, and different relief as the court deems proper under the circumstances.

Dated: January 17, 2008

Respectfully Submitted, on behalf of Plaintiff Nicholas J. Lenzen


By: /s/ Vladimir I. Arezina
    Vladimir I. Arezina,
    One of Its Attorneys


Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

**CERTIFICATE OF SERVICE**

      Vladimir I. Arezina, an attorney, certifies that on Thursday, January 17, 2008, he caused the foregoing **Motion for Default Judgment as to Defendant Legal Advantage Services, Inc.** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

      Darren M. Mungerson, Esq.
      Jenner & Block, LLP
      One IBM Plaza
      330 N. Wabash Ave.
      Chicago, Illinois  60611-7603

      and on the following entity by U.S. Mail, postage prepaid and by Federal Express Standard Overnight Service

      Legal Advantage Services, Inc.
      c/o John Weldon, Registered Agent
      11600 Washington Place
      Suite 105
      Los Angeles, California  90066

      /s/ Vladimir I. Arezina
      Vladimir I. Arezina (6276348)
      Patti, Hewitt & Arezina LLC
      One North LaSalle Street, Suite 4400
      Chicago, IL 60602
      Phone: 312-346-2800
      Fax: 312-346-2810
      Email:  varezina@phalegal.com