## Vladimir Arezina

**From:** Vladimir Arezina [varezina@phalegal.com]
**Sent:** Wednesday, December 05, 2007 4:36 PM
**To:** 'naseer'
**Subject:** RE: Nicholas Lenzen

Naseer:

It was nice to meet you too. Hopefully a resolution to the case is forthcoming.

Regarding the extension, you must have misunderstood me. When you left my office this morning, I indicated to you that I was amenable to an extension but needed my client's authorization before I could extend one to you. I did not grant a thirty (30) day extension as you indicated below.

In the meantime, today I have discussed the matter with Mr. Lenzen. Since Legal Advantage Services, Inc. was served on November 27, 2007, it's Answer would be due on or before December 17, 2007. In response to your request for an extension, I am authorized to give you until Monday, January 7, 2007 to file your answer. This is a 21 day extension, which I trust will suffice. If you provide me your mailing address, I will gladly forward you hard copy correspondence reflecting the same.

Thank you.

Vladimir

---

**From:** naseer [mailto:naseermail2000@yahoo.com]
**Sent:** Wednesday, December 05, 2007 3:45 PM
**To:** Vladimir Arezina
**Subject:** Re: Nicholas Lenzen

Nice to meet you finally -- sorry under the circumstances.

Thank you for extending the courtesy of a 30 day extension to answer the complaint. (if Nick has any issue, I'm sure you'll let me know).

Regards,

Naseer

----- Original Message ----
From: Vladimir Arezina <varezina@phalegal.com>
To: naseer <naseermail2000@yahoo.com>
Sent: Wednesday, December 5, 2007 8:34:37 AM
Subject: RE: Nicholas Lenzen

I left you a voicemail this morning. I just got your email 15 minutes ago when I arrived at my desk.

I was not here at 7:30 PM last nite when you sent it.

Can you please call me at 312-346-2800 to let me know if you are still coming today?

Vladimir

1

