## Vladimir Arezina

**From:** Vladimir Arezina [varezina@phalegal.com]
**Sent:** Tuesday, January 08, 2008 10:56 AM
**To:** 'naseer'
**Subject:** Following Up

Naseer:

As I indicated to you on the phone, your answer and appearance are overdue. On Friday, January 11, 2008 I will be filing a Motion for Default Judgment. Please file your answer by then.

If you would like to continue our settlement discussions, please call me.

Vladimir

**Vladimir I. Arezina**
Patti, Hewitt & Arezina LLC
One North LaSalle Street
44th Floor
Chicago, IL 60602
Tel: (312) 346-2800
Fax: (312) 346-2810
Email: varezina@phalegal.com
Website: www.phalegal.com

This e-mail or the documents accompanying this e-mail contain information that may be confidential or privileged and exempt from disclosure under applicable law. The information is intended to be for the use of the individual or entity named on this transmission. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is without authorization and is prohibited. If you have received this e-mail in error, please notify us immediately so that we can take action to correct the problem. Thank you.

1


EXHIBIT C

**Vladimir Arezina**

---

| | |
|---|---|
| **From:** | naseer [naseermail2000@yahoo.com] |
| **Sent:** | Tuesday, January 08, 2008 11:15 AM |
| **To:** | Vladimir Arezina |
| **Cc:** | Mirza |
| **Subject:** | note on settlment |

Dear Vladimir:

Further to our talk today, I wanted to reconfirm that any legal expenses that we incur in relation to this matter will be charged against any settlement that is tendered. These will include local counsel fees and any legal work by John Jones, Esq. or me at the rate of $500 an hour. As you know, I have already incurred some time on this as has corporate counsel in Boston.

Also, in case this matter is resolved through litigation, our exposure, I believe, would be limited to about $11,000.

Thank you for the extension to Friday.

Regards,

Naseer

1