IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 07 C 6154 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Filip |
| Legal Advantage, LLC | ) | |
| | ) | Magistrate Judge Denlow |
| and | ) | |
| | ) | |
| Legal Advantage Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |
| _____ | ) | |
| | ) | |
| Legal Advantage, LLC, | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF MOTION

To:   Darren M. Mungerson, Esq.
　　　Jenner & Block, LLP
　　　One IBM Plaza
　　　330 N. Wabash Avenue
　　　Chicago, IL  60611-7603

　　　Legal Advantage Services, Inc.
　　　c/o John Weldon, Registered Agent
　　　11600 Washington Place, Suite 105
　　　Los Angeles, CA  90066

1

PLEASE TAKE NOTICE that on Thursday, January 24, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Filip, or any Judge sitting in his stead, in Courtroom 1919, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AS TO DEFENDANT LEGAL ADVANTAGE SERVICES, INC., copies of which are attached hereto and served upon you herewith.

Dated: January 17, 2008             Respectfully Submitted, on behalf of
                                           Plaintiff Nicholas J. Lenzen

                                           By: /s/ Vladimir I. Arezina
                                                 Vladimir I. Arezina,
                                                 One of Its Attorneys

<u>Plaintiff's Attorneys:</u>
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

## **CERTIFICATE OF SERVICE**

      Vladimir I. Arezina, an attorney, certifies that on Thursday, January 17, 2007, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

      Darren M. Mungerson, Esq.
      Jenner & Block, LLP
      One IBM Plaza
      330 N. Wabash Ave.
      Chicago, Illinois  60611-7603

      and on the following entity by U.S. Mail, postage prepaid and by Federal Express Standard Overnight Service

      Legal Advantage Services, Inc.
      c/o John Weldon, Registered Agent
      11600 Washington Place
      Suite 105
      Los Angeles, California  90066

      /s/ Vladimir I. Arezina
      Vladimir I. Arezina (6276348)
      Patti, Hewitt & Arezina LLC
      One North LaSalle Street, Suite 4400
      Chicago, IL 60602
      Phone: 312-346-2800
      Fax: 312-346-2810
      Email:  varezina@phalegal.com