IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS J. LENZEN,<br>      Plaintiff. | ) ) ) | |
| v. | ) ) | |
| LEGAL ADVANTAGE, LLC,<br>      Defendant, | ) ) ) | No. 07 C 6154 |
| and | ) ) | Judge Mark R. Filip |
| LEGAL ADVANTAGE, SERVICES, INC.,<br>      Defendant. | ) ) ) | Magistrate Judge Morton Denlow |
| | ) | |
| LEGAL ADVANTAGE, LLC,<br>      Counterclaim plaintiff, | ) ) ) | Jury Trial Demanded |
| v. | ) ) | |
| NICHOLAS J. LENZEN,<br>      Counterclaim defendant. | ) ) ) | |

## JOINT RULE 26(F) REPORT

The parties, Plaintiff/Counterclaim defendant Nicholas J. Lenzen ("Lenzen") and Defendant/Counterclaim plaintiff Legal Advantage, LLC ("Legal Advantage"), through their respective counsel, hereby submit this joint report pursuant to Federal Rule of Civil Procedure 26(f). Counsel for these parties participated in a telephone conference on February 12, 2008, and discussed the matters identified in Federal Rule of Civil Procedure 26(f). The following is the parties' joint report of that conference.

      (1)    what changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement as to when disclosures under Rule 26(a)(1) were made or will be made;

-2-

The parties agreed that initial disclosures under Rule 26(a) should take place on or before March 4, 2008.

      (2)    the subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused upon particular issues;

The parties have agree that the subjects on which discovery may be needed generally relate to the interpretation of the agreements entered into by Lenzen and Legal Advantage Services, Inc. ("LAS"); Lenzen's activities in competition with Legal Advantage; the business justifications for the enforcement of the restrictive covenants contained in Lenzen's agreements, including but not limited to the existence and use of trade secret and confidential information; calculations of commissions earned by Lenzen; and the sale of the assets of LAS to Legal Advantage. The parties do not believe that discovery should be conducted in phases. Discovery should be completed in four to six months.

      (3)    any issues relating to disclosure or discovery of electronically stored information, including the form or forms in which it should be produced;

The parties have agreed that electronically stored information shall be converted to .pdf format and then bates-stamped numerically.

      (4)    any issues relating to claims of privilege or of protection as trial-preparation material, including - if the parties agree on a procedure to assert such claims after production – whether to ask the court to include their agreement in an order;

The parties have agreed that they will prepare a joint protective order to address this issue.

-3-

    (5)    what changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed; and

The parties have no suggested changes on discovery limitations at this time.

    (6)    any other orders that should be entered by the court under Rule 26(c) or under Rule 16(b) and (c).

The parties do not see a need for any other orders at this time.

Dated:  February 26, 2008          Respectfully submitted,

| NICHOLAS J. LENZEN | LEGAL ADVANTAGE, LLC |
|---|---|
| By: | By: |
| /s/ Vladimir I. Arezina_with consent_ | /s/ Darren M. Mungerson |
| One of His Attorneys | One of its Attorneys |
| | |
| Vladimir I. Arezina | Darren M. Mungerson |
| Carmen B. Patti | Lydia M. Floyd |
| Scot R. Hewitt | JENNER & BLOCK, LLP |
| Patti, Hewitt & Arezina LLC | 330 N. Wabash |
| One North LaSalle Street, Suite 4400 | 40th Floor |
| Chicago, IL  60602 | Chicago, IL  60611 |
| (312) 346-2800 | (312) 222-9350 |

1628782.2

## CERTIFICATE OF SERVICE

Darren M. Mungerson, an attorney, certifies that he caused a copy of the attached **Joint Rule 26(F) Report**, to be served on the following persons by the Court's electronic filing system on February 26, 2008:

> Vladimir I. Arezina
> Carmen B. Patti
> Scot R. Hewitt
> Patti, Hewitt & Arezina LLC
> One North LaSalle Street, Suite 4400
> Chicago, IL  60602
> Fax:  312-346-2810

By: __/s/ Darren M. Mungerson_____
Darren M. Mungerson