AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

Northern     DISTRICT OF     Illinois

Nicholas J. Lenzen

**SUBPOENA IN A CIVIL CASE**

v.

Legal Advantage, LLC et. al.

Case Number: 07 C 6154

TO: Imaging Advantage, LLC
     c/o Naseer Hashim, President & CEO
     2401 Harnish Drive, Suite 100
     Algonquin, IL 60102
     (847) 854-6500

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **See Attached Rider.**

| PLACE: **See Attached Rider.** | DATE AND TIME **See Attached Rider.** |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| /s/ _Attorney for Plaintiff_ | February 27, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC, One North LaSalle Street, 44th Floor, Chicago, IL 60602    (312) 346-2800

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

¹ If action is pending in district other than district of issuance, state district under case number.


EXHIBIT B

## Rider to Subpoena for Imaging Associates, LLC

Please produce the following items for inspection on March 17, 2007, at the law offices of Patti, Hewitt & Arezina LLC, One North LaSalle Street, 44th Floor, Chicago, IL 60602 (312) 346-2800 at 9:00 A.M.:

1. Any and all documents, tangible things, and electronically stored information regarding, relating to or referencing Legal Advantage Services, Inc.

2. Any and all documents, tangible things, and electronically stored information regarding, relating to or referencing Legal Advantage, LLC.

3. Any and all documents, tangible things, and electronically stored information regarding, relating to or referencing Nicholas Lenzen, Patent Intel, or Patent Intelligence Associates.

4. Any and all documents, tangible things, and electronically stored information regarding, relating to or referencing Akbar Sharfi.

5. Any and all documents, tangible things, and electronically stored information regarding, relating to or referencing Tipton Intellectual Property Operation Pvt. Ltd., Tipton Services, or tiptonservices.com.

6. Any and all documents, tangible things, and electronically stored information regarding, relating to or referencing Tipton Equity Partners.