

Date: 03/10/2008

Fax Transmission To: Postal Customer
Fax Number: 312-346-2810

Dear: Postal Customer:

The following is in response to your 03/10/2008 request for delivery information on your Express Mail item number EM19 5694 798U S. The delivery record shows that this item was delivered on 02/29/2008 at 10:53 AM in SANTA MONICA, CA 90405 to N HASSIM. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient: 2924 ½ main

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely

United States Postal Service



NJL-101
$16.25
Exp.
mail
2/27/08

EM195694798US

**EXPRESS MAIL**
Post Office To Addressee
Mailing Label
Label 11-F, April 2004

EM 195694798 US

PRESS HARD. YOU ARE MAKING 3 COPIES.

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day of Delivery ☐ Next ☐ 2nd ☐ 2nd Del. Day | Postage $
Date Accepted | Scheduled Date of Delivery Month Day | Return Receipt Fee $
Mo. Day Year | Scheduled Time of Delivery ☐ Noon ☐ 3 PM | COD Fee $ | Insurance Fee $
Time Accepted ☐ AM ☐ PM | Military ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees $
Flat Rate ☐ or Weight ___ lbs ___ ozs | Int'l Alpha Country Code | Acceptance Emp. Initials

CUSTOMER USE ONLY
METHOD OF PAYMENT:
Express Mail Corporate Acct. No.
Federal Agency Acct. No. or Postal Service Acct. No.

FROM: (PLEASE PRINT) PHONE: 312-346-2800

Vladimir I. Arezina Esq.
Patti, Hewitt & Arezina LLC
One N. LaSalle St., 44th Fl.
Chicago, IL 60602

NJL-101

**DELIVERY (POSTAL USE ONLY)**
Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt Mo. Day | Time ☐ AM ☐ PM | Employee Signature
Delivery Date Mo. Day | Time ☐ AM ☐ PM | Employee Signature

TO: (PLEASE PRINT) PHONE ( )

Naseer Hashim
President and CEO
Imaging Associates, LLC
2401 Harnish Drive, Ste. 100
Algonquin, IL 60102

FOR PICKUP OR TRACKING visit WWW.USPS.COM or Call 1-800-222-1811



# Patti, Hewitt & Arezina LLC
Attorneys at Law

One North LaSalle Street
44th Floor
Chicago, Illinois 60602
Telephone: (312) 346-2800
Facsimile:  (312) 346-2810
www.phalegal.com

Vladimir I. Arezina
varezina@phalegal.com

February 27, 2008

**VIA EXPRESS MAIL**

Naseer Hashim
President and CEO
Imaging Associates, LLC
2401 Harnish Drive, Suite 100
Algonquin, IL  60102

Re: *Lenzen v. Legal Advantage, LLC et. al.*
*United States District Court, Northern District of Illinois*
Case No. 07 C 6154
Our File No.: NJL-101

Dear Mr. Hashim:

Enclosed please find two subpoenas for production of documents in the above-styled matter. The first one is served upon Image Associates, LLC. The second one is served upon you personally.

We look forward to your cooperation in producing the requested items.

Sincerely,

Vladimir I. Arezina

VIA/rr
Enclosures

cc: Nicholas J. Lenzen
    Carmen B. Patti, Esq.