

## Posternak
POSTERNAK BLANKSTEIN & LUND LLP

March 14, 2008

Dustin F. Hecker
617-973-6131
617-722-4927 FAX
dhecker@pbl.com

**By Facsimile and By E-Mail**

Vladimir I. Arezina
Patti, Hewitt & Arezina LLC
One North LaSalle Street
44th Floor
Chicago, IL  60602

Re: *Lenzen v. Legal Advantage, LLC, et al.*, United States District Court, Northern District of Illinois

Dear Mr. Arezina:

Naseer Hashim has sent to me a copy of your letter to him, dated February 27, 2008. Your letter apparently was forwarded to Mr. Hashim. Your letter contains a subpoena duces tecum to Imaging Advantage, LLC ("Imaging Advantage"). The letter references a subpoena purportedly served on Mr. Hashim personally. I have not seen it, but I assume it is identical to that purportedly served on Imaging Advantage.

I represent Mr. Hashim and Imaging Advantage for purposes of objecting to the subpoenas. Neither Mr. Hashim nor Imaging Advantage, of course, is a party to the above-referenced litigation. This letter is not intended to, nor does it constitute, my appearance on their behalf for any purpose related to that litigation except to object to the subpoenas. This letter also is not intended to, nor does it constitute, the acceptance by me on behalf of Mr. Hashim or Imaging Advantage of any subpoena or process in connection with that or any other case.

Please be aware, pursuant to Fed. R. Civ. P. 45(c)(2)(b), that Mr. Hashim and Imaging Advantage object to the subpoenas on the grounds that they were not properly served on either Mr. Hashim or Imaging Advantage, that they seek material that may be confidential, that the subpoenas are overly broad, and that, to the extent Mr. Hashim and Imaging Advantage can determine, they are not reasonably calculated to lead to the discovery of any evidence that is admissible in the referenced litigation and/or are privileged from production including as attorney-client communications. Subject to and without waiving any of those objections, please be aware that Imaging Advantage does not believe it has any responsive documents. Subject to and without waiving any of those objections, Mr. Hashim may personally have a few documents responsive to a properly-served and focused subpoena.

EXHIBIT D

Vladimir I. Arezina
March 14, 2008
Page 2

Yours truly,

Dustin F. Hecker
DFH/tl
cc:    Mr. Naseer Hashim