

**IMAGING ADVANTAGE RADIOLOGY**

| Company | Services | Medical Board | Radiologists | Site Survey | Careers | Contact Us |

## CONTACT US

**Imaging Advantage Radiology**

| | |
|---|---|
| Address: | 2401 Harnish Drive, Suite 100 |
| | Algonquin, Illinois 60102 |
| Office Phone: | (847) 854-6500 |
| 24/7 Phone: | (800) 914-9789 |
| Fax: | (847) 854-6565 |
| Email: | Info@imaging-advantage.com |



Map data ©2008 Tele Atlas - Terms of Use

View Larger Map

Your satisfaction is of paramount importance to us and we will go above
and beyond the call of duty to ensure your satisfaction. You will see this is
a true and accurate statement when you talk with our staff.

If you ever are unsatisfied for any reason please contact Erica Fornert at
847-854-6500 Ext 100



EXHIBIT
G
tabbies®

Imaging Advantage Radiology





| Company ∨ | Services ∨ | Medical Board | Radiologists | Site Survey | Careers | Contact Us |

## MANAGEMENT TEAM AND ADVISORS

**HENRY SILVERMAN**
Senior Strategic Advisor to the Board of Directors



- Chairman & CEO of Realogy Corporation, the world's largest residential brokerage franchisor and the largest U.S. residential real estate brokerage firm
- Served as CEO of Cendant Corporation, the largest global provider of consumer and business services within the travel and residential real estate sectors
- Served as Chairman, president and chief executive officer of HFS Inc.
- Founded Telemundo Group, which was sold to GE in 2002 for $2.7 billion
- Chairman of the Business Roundtable's Fiscal Policy Task Force
- Commissioner of the Port Authority of New York and New Jersey
- Trustee of New York University and its School of Medicine and Medical Center
- Director of the NYU Child Study Center
- Trustee of the University of Pennsylvania
- Member of JP Morgan's National Advisory Board
- Member of the G-100

**M. NASEER-UDDIN HASHIM, ESQ.**
President & Chief Executive Officer



- Raised funding and advised the board of HealthScribe, the first and largest medical transcription company in the world ($200 million in revenues,sold in 2004 to Spheris, Inc.)
- Founded Legal Advantage Services, Inc., a legal outsourcing company with operations in US and India. By 2005, Legal Advantage became a market leader and was also sold
- Attorney with Skadden, Arps, Slate, Meagher & Flom, LLP (ranked by Fortune 500 CEO's as one of the top corporate law firms in the world)
- Head of Global Operations for Pleiades Group Limited, where he facilitated alliances between the Russian Ministry of Atomic Energy, the United States Department of Energy, Lockheed Martin, Westinghouse, Raytheon, the AFL CIO and arranged a $2 Billion debt facility with Banque Paribas – all part of a $16 billion global transaction
- Certain high profile deals managed by Mr. Hashim have been chronicled in The New York Times, Wall Street Journal, Washington Post and the International Herald Tribune
- Advised members of the US Government, foreign leaders and CEOs on strategic policies involving India and the United States

**SAM CHABALLOUT, PHD (abd), MBA, BSEE**
Chief Operating Officer



- Has over 20 years experience in executive management, business development, corporate structuring, day to day management of company operations, international marketing, project management, execution of technology based projects, and contract administration
- Worked as a project manager executing various multimillion dollar projects for:
  MWD (public agency in Southern California), UTDC (Detroit People Mover, a public transport project for City of Detroit, Michigan), and General Motors (Truck & Bus Division in Pontiac, Michigan)
- Diversified Education: BS (Electrical Engineering), MBA (international business), and PhD (abd) in International Political Economy

**JOHN J. JONES, ESQ**
Executive Vice President & General Counsel



- Senior executive and general counsel for several high-profile public companies
- Had substantial experience with mergers and acquisitions, business development, securities law, regulatory matters, litigation and employment matters
- Served as Senior advisor and lobbyist for Trump Entertaincasino in Rhode Island (2006)
- Served as senior Vice President and General Counsel for Argosy Gaming Company, a NYSE-listed casino operator which was sold to Penn National Gaming for $2.2 billion
- Served as Executive Vice President and General Counsel of RCN Corporation, a NASDAQ listed leading national facilities-based competitive telecommunication company
- Attended Harvard University Graduate School of Business Administration and Cornell University

Imaging Advantage Radiology                                                                    Page 2 of 2

### MIRAZ Z. BAIG, MBA
Chief Financial Officer



- Seasoned financial executive and skilled merger & acquisition professional with over 14 years of experience in outsourcing, technology, media, marketing, and investments
- Held a key leadership role as CFO of America Online's $350M eCommerce division
- Served in AOL's Business Affairs group where he structured and successfully negotiated advertising and investment relationships totaling over $550M
- Experience in all stages of operating companies from multi-billion dollar technology mergers to venture funding of start-up businesses in a variety of sectors and countries
- Attended Cornell University and Harvard University Graduate School of Business

### MARY B. HANSEN
Vice President, Teleradiology



- An entrepreneurial sales and training professional with over twenty years experience
- Served as President and CEO of TeleRad, Inc.
- Spearheaded the development, management and implementation of a national teleradiology business servicing 32 states with over $1.2 million in revenue per year
- Proven track record of results-oriented success within both international corporations and non-profit organizations
- Holds a B.S. in International Business, Management, and Business Administration

### ERICA M. FORNERET
Strategic Operations Manager



- Served as an Assistant Risk Analyst at Lockton Insurance Brokers, LLC
- Office Manager and Executive Assistant at the Law Offices of JD Obenberger & Associates, a law firm specializing in First Amendment Law located in downtown Chicago
- Holds a B.A. from Yale University in Political Science and History of Art