IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.  07 C 6154 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Darrah |
| Legal Advantage, LLC | ) | |
| | ) | Magistrate Judge Denlow |
| and | ) | |
| | ) | |
| Legal Advantage Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |
| _____ | ) | |
| | ) | |
| Legal Advantage, LLC, | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF MOTION

To:   Darren M. Mungerson, Esq.
      Jenner & Block, LLP
      One IBM Plaza
      330 N. Wabash Avenue
      Chicago, IL  60611-7603

      Dustin F. Hecker, Esq.
      Posternak, Blankstein & Lund, LLP
      Prudential Tower
      800 Boylston Street
      Boston, MA  02199-8004

1

PLEASE TAKE NOTICE that on Thursday, March 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Darrah, or any Judge sitting in his stead, in Courtroom 1203, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENT PURSUANT TO SUBPOENAS SERVED ON NASEER HASHIM AND IMAGING ADVANTAGE, LLC, copies of which are attached hereto and served upon you herewith.

Dated: March 20, 2008

Respectfully Submitted, on behalf of
Plaintiff Nicholas J. Lenzen


By:  /s/ Vladimir I. Arezina
    Vladimir I. Arezina,
    One of Its Attorneys

<u>Plaintiff's Attorneys:</u>
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

## CERTIFICATE OF SERVICE

     Vladimir I. Arezina, an attorney, certifies that on Thursday, March 20, 2008, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

>Darren M. Mungerson, Esq.
>Jenner & Block, LLP
>One IBM Plaza
>330 N. Wabash Ave.
>Chicago, Illinois  60611-7603

     and on the following entity by U.S. Mail, postage prepaid and by facsimile and email:

>Dustin F. Hecker, Esq.
>Posternak, Blankstein & Lund, LLP
>Prudential Tower
>800 Boylston Street
>Boston, MA  02199-8004
>Fax:  617-367-2315
>Email:  dhecker@pbl.com
>Counsel for Naseer Hashim and Imaging Advantage, LLC

>/s/ Vladimir I. Arezina
>Vladimir I. Arezina (6276348)
>Patti, Hewitt & Arezina LLC
>One North LaSalle Street, Suite 4400
>Chicago, IL 60602
>Phone: 312-346-2800
>Fax: 312-346-2810
>Email:  varezina@phalegal.com