**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois** − CM/ECF LIVE, Ver 3.0
**Eastern Division**

Nicholas J Lenzen

                         Plaintiff,

v.                                                 Case No.: 1:07−cv−06154
                                                 Honorable Mark Filip

Legal Advantage, LLC, et al.

                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 24, 2008:

      MINUTE entry before Judge Mark Filip :MOTION by Plaintiff Nicholas J Lenzen, Counter Defendant Nicholas J Lenzen for default judgment as to Defendant Legal Advantage Services, Inc. [21] is graned. Motion hearing held on 1/24/2008 regarding motion for default judgment[21].Status hearing set for 2/27/2008 at 9:30 AM.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.

EXHIBIT 2