IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Nicholas J. Lenzen, ) | |
| ) | |
| Plaintiff ) | Civil Action No.  07 C 6154 |
| ) | |
| v. ) | |
| ) | U.S. District Judge Darrah |
| Legal Advantage, LLC ) | |
| ) | Magistrate Judge Denlow |
| and ) | |
| ) | |
| Legal Advantage Services, Inc. ) | |
| ) | |
| Defendants. ) | Jury Trial Demanded |
| _____ ) | |
| ) | |
| Legal Advantage, LLC, ) | |
| ) | |
| Counterclaim Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Nicholas J. Lenzen, ) | |
| ) | |
| Counterclaim Defendant. ) | |

**NOTICE OF MOTION**

To:   Darren M. Mungerson, Esq.
      Jenner & Block, LLP
      One IBM Plaza
      330 N. Wabash Avenue
      Chicago, IL  60611-7603

1

PLEASE TAKE NOTICE that on Tuesday, April 15, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Darrah, or any Judge sitting in his stead, in Courtroom 1203, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS WITH RESPECT TO COUNTS 3, 4 & 5 OF THE AMENDED COMPLAINT, copies of which are attached hereto and served upon you herewith.

Dated: April 9, 2008

Respectfully Submitted, on behalf of
Plaintiff Nicholas J. Lenzen

By: /s/ Vladimir I. Arezina
    Vladimir I. Arezina,
    One of Its Attorneys

Plaintiff's Attorneys:
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

## CERTIFICATE OF SERVICE

    Vladimir I. Arezina, an attorney, certifies that on Wednesday, April 9, 2008, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

    Darren M. Mungerson, Esq.
    Jenner & Block, LLP
    One IBM Plaza
    330 N. Wabash Ave.
    Chicago, Illinois  60611-7603

    /s/ Vladimir I. Arezina
    Vladimir I. Arezina (6276348)
    Patti, Hewitt & Arezina LLC
    One North LaSalle Street, Suite 4400
    Chicago, IL 60602
    Phone: 312-346-2800
    Fax: 312-346-2810
    Email:  varezina@phalegal.com