# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6154 | **DATE** | 4/15/2008 |
| **CASE TITLE** | Lenzen vs. Legal Advantage | | |

**DOCKET ENTRY TEXT**

The Court will rule by mail on plaintiff's motion to dismiss the counterclaim [14]. Plaintiff's motion for judgment on the pleadings with respect to counts 3,4 and 5 [32] is entered and briefed as follows: response by 4/29/08, reply by 5/6/08. Status hearing set for 4/22/08 is re-set to 6/11/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|