Order Form (01/2005)   Case 1:07-cv-06154   Document 31   Filed 03/27/2008   Page 1 of 1

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6154 | **DATE** | 3/27/2008 |
| **CASE TITLE** | Lenzen vs. Legal Advantage | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to compel production of documents is granted [29]. Compliance is ordered by 4/10/08. Status hearing set for 4/22/08 at 9:00 a.m.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|

07C6154 Lenzen vs. Legal Advantage



EXHIBIT B