April 9, 2008

**VIA FED EX**

Vladimir I. Arezina, Esq.
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602

Dear Mr. Arezina:

In response to the Subpoenas which you have purportedly served upon me and Imaging Advantage LLC:

1. Imaging Advantage LLC has no responsive documents.
2. With respect to the subpoena purportedly served on me individually, any and all documents in my possession and control have been produced, except for a very small number of documents that reflect privileged communications with legal counsel. Dusty Hecker, Esq. will be providing you with a privilege log.
3. Certain communications with counsel have been produced to you to aid in the production. Please be advised that we have not waived privilege with respect to any other documents or communications.
4. Please provide me with the contact person in your firm who will be arranging payment to me for the cost of this production. The shipping was exactly $100.00 and I had to pay two people to copy and organize the documents in a 3 ring binder. Their combined cost is $500.00. There will, of course, be additional costs for Mr. Hecker's time to prepare the privilege list for you.
5. I have provided you with a copy of my current drivers' license, but have omitted sensitive information. Also note that the address on the license is not my current address.
6. The documents are being produced with my understanding that they are covered by a protective order, as you represented to the court.

                                          Very truly yours,
                                          /s/
                                          Naseer Hashim

Cc: Dusty Hecker, Esq.

