IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No.  07 C 6154 |
| | ) | |
| v. | ) | |
| | ) | U.S. District Judge Darrah |
| Legal Advantage, LLC | ) | |
| | ) | Magistrate Judge Denlow |
| and | ) | |
| | ) | |
| Legal Advantage Services, Inc. | ) | |
| | ) | |
| Defendants. | ) | Jury Trial Demanded |
| _____ | ) | |
| | ) | |
| Legal Advantage, LLC, | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Nicholas J. Lenzen, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## NOTICE OF MOTION

To:   Darren M. Mungerson, Esq.         Dustin F. Heckler, Esq.
      Jenner & Block, LLP               Posternak, Blankstein & Lund, LLP
      One IBM Plaza                     Prudential Tower
      330 N. Wabash Avenue              800 Boylston Street
      Chicago, IL  60611-7603           Boston, MA  02199-8004

1

PLEASE TAKE NOTICE that on Wednesday, April 23, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Darrah, or any Judge sitting in his stead, in Courtroom 1203, at 219 South Dearborn Street, Chicago, Illinois and present the attached PLAINTIFFS' MOTION FOR FINDING OF CONTEMPT AND SANCTIONS, copies of which are attached hereto and served upon you herewith.


Dated: April 17, 2008

Respectfully Submitted, on behalf of
Plaintiff Nicholas J. Lenzen


By:  /s/ Vladimir I. Arezina
    Vladimir I. Arezina,
    One of Its Attorneys


<u>Plaintiff's Attorneys:</u>
Vladimir I. Arezina
Carmen B. Patti
Scot R. Hewitt
Patti, Hewitt & Arezina LLC
One North LaSalle Street, Suite 4400
Chicago, IL 60602
Phone: 312-346-2800
Fax: 312-346-2810
Email: varezina@phalegal.com

## **CERTIFICATE OF SERVICE**

  Vladimir I. Arezina, an attorney, certifies that on Thursday, April 17, 2008, he caused the foregoing **Notice of Motion** to be filed electronically, and to be served on the following persons by the Court's electronic filing system to all ECF registered parties indicated on the electronic filing receipt, and by U.S. Mail, postage prepaid:

>Darren M. Mungerson, Esq.
>Jenner & Block, LLP
>One IBM Plaza
>330 N. Wabash Ave.
>Chicago, Illinois 60611-7603

and on the following entity by U.S. Mail, postage prepaid and by facsimile and email:

>Dustin F. Hecker, Esq.
>Posternak, Blankstein & Lund, LLP
>Prudential Tower
>800 Boylston Street
>Boston, MA 02199-8004
>Fax: 617-367-2315
>Email: dhecker@pbl.com
>Counsel for Naseer Hashim and Imaging Advantage, LLC

>/s/ Vladimir I. Arezina
>Vladimir I. Arezina (6276348)
>Patti, Hewitt & Arezina LLC
>One North LaSalle Street, Suite 4400
>Chicago, IL 60602
>Phone: 312-346-2800
>Fax: 312-346-2810
>Email: varezina@phalegal.com