## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6154 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Nicholas J. Lenzen vs. Legal Advantage | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for rule to show cause for finding of contempt and sanctions [35] is entered and continued to 5/7/08 at 9:00 a.m. Plaintiff's motion for judgment on the pleadings with respect to counts 3, 4 and 5 [32] and plaintiff's motion to dismiss the counterclaim [14] set for status and ruling on 6/11/08 is vacated. The Court will rule by mail.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|