
Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6154 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Nicholas J. Lenzen vs. Legal Advantage, LLC. | | |

**DOCKET ENTRY TEXT**

Enter Stipulation and Order of Dismissal with Prejudice. All pending motions are dismissed as moot [14, 32, 35]. Status hearing set for 6/11/08 is vacated and re-set to 5/21/08 at 9:00 a.m.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|