

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| NICHOLAS J. LENZEN,<br>Plaintiff. | ) ) ) | |
| v. | ) ) ) | |
| LEGAL ADVANTAGE, LLC,<br>Defendant, | ) ) ) | No. 07 C 6154 |
| and | ) ) | Judge John W. Darrah |
| LEGAL ADVANTAGE SERVICES, INC.,<br>Defendant. | ) ) ) | Magistrate Judge Morton Denlow |
| _____ | ) ) | |
| LEGAL ADVANTAGE, LLC,<br>Counterclaim plaintiff, | ) ) ) | Jury Trial Demanded |
| v. | ) ) ) | |
| NICHOLAS J. LENZEN,<br>Counterclaim defendant. | ) ) ) ) | |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

PURSUANT TO THE STIPULATION OF NICHOLAS J. LENZEN ("LENZEN") AND LEGAL ADVANTAGE, LLC ("LEGAL ADVANTAGE") , IT IS HEREBY ORDERED THAT:

1.    Lenzen and Legal Advantage represent that they have entered into a settlement agreement (the "Settlement Agreement") and have agreed to the contents of this Order;

2.    Pursuant to the Settlement Agreement, Lenzen dismisses with prejudice all of his claims and counts against Legal Advantage in the above-referenced lawsuit;

3.   Pusuant to the Settlement Agreement, Legal Advantage dismisses with prejudice all of its claims and counts against Lenzen in the counterclaims filed in the above-reference lawsuit; and

4.   All parties are to bear their own attorneys' fees and costs.

**Nicholas J. Lenzen**                     **Legal Advantage, LLC**

By: _____              By: _____
       One of His Attorneys                        One of Its Attorneys

Vladimir I. Arezina                        Darren M. Mungerson
Carmen B. Patti                            Lydia M. Floyd
Scot R. Hewitt                             JENNER & BLOCK, LLC
PATTI, HEWITT & AREZINA LLC                330 North Wabash, 40th Floor
One North LaSalle Street, Suite 4400       Chicago, Illinois 60611
Chicago, Illinois 60602                    Phone: (312) 923-2888
Phone: (312) 346-2800                      Fax: (312) 840-7288
Fax: (312) 346-2810

Date: 5/7/08                               Date: 3/7/08

_____
Date: May 7, 2008

_____
                                                JUDGE