# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| NICHOLAS J. LENZEN,<br>    Plaintiff.<br><br>    v.<br><br>LEGAL ADVANTAGE, LLC,<br>    Defendant,<br><br>  and<br><br>LEGAL ADVANTAGE SERVICES, INC.,<br>    Defendant.<br>_____<br><br>LEGAL ADVANTAGE, LLC,<br>    Counterclaim plaintiff,<br><br>    v.<br><br>NICHOLAS J. LENZEN,<br>    Counterclaim defendant. | No. 07 C 6154<br><br>Judge John W. Darrah<br><br>Magistrate Judge Morton Denlow<br><br>Jury Trial Demanded |

## STIPULATION AND ORDER OF DISMISSAL

PURSUANT TO THE STIPULATION OF PLAINTIFF NICHOLAS J. LENZEN, IT IS HEREBY ORDERED THAT:

1. Lenzen represents that he and Legal Advantage Services, Inc. have entered into a settlement agreement (the "Settlement Agreement");

2. Pursuant to the Settlement Agreement, Lenzen dismisses with prejudice all of his claims and counts against Legal Advantage Services, Inc. in the above-styled lawsuit;

3. This matter is hereby dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

**Nicholas J. Lenzen**

By:    /s/ Vladimir I. Arezina
            One of His Attorneys

Vladimir I. Arezina
PATTI, HEWITT & AREZINA LLC
One North LaSalle Street, Suite 4400
Chicago, Illinois  60602
Phone:  (312) 346-2800
Fax:  (312) 346-2810
varezina@phalegal.com


Date:  May 27, 2008



_____        _____
Date                                                                                          JUDGE